UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JACOB RICE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  No. 1:22-cv-01109-SEB-MJD |
| LUKAS NIBARGER, | ) ) ) |
| Defendant. | ) |

**JUDGMENT**

The Court having this day made its Order directing the entry of final judgment, the Court now enters FINAL JUDGMENT.

Judgment is entered in favor of Defendant and against Plaintiff. Plaintiff shall take nothing by his complaint and this action is terminated.

Date: _____1/7/2025_____

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

1

Distribution:

JACOB RICE
988930
WABASH VALLEY - CF
Wabash Valley Correctional Facility
Electronic Service Participant – Court Only

James Alex Emerson
COOTS HENKE & WHEELER, P.C.
aemerson@chwlaw.com

Matthew L. Hinkle
COOTS HENKE & WHEELER
mhinkle@chwlaw.com